In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-481 CV


 ______________________


 

IN THE INTEREST OF K.K.






On Appeal from the 1st District Court 


Jasper County, Texas


Trial Cause No. 27297






MEMORANDUM OPINION


 The appellant, Christopher L. Musslewhite, filed a motion to dismiss this appeal. The
motion is voluntarily made by the appellant prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to
dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice

Opinion Delivered March 6, 2008

Before McKeithen, C.J., Gaultney and Kreger, JJ.